UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| **BRANDON CALLIER,** § § § **Plaintiff,** § § v. § § **FREEDOM FOREVER TEXAS,** a Delaware § Limited Liability Company, and **EMPOWERED** § **SOLUTIONS**, **MITCHELL FRAKER**, and § **AURORA SOLAR, INC.,** a Delaware Corporation § § **Defendants.** § § | EP-23-cv-00364-FM |

**[PROPOSED] ORDER**

Upon consideration of Plaintiff's Unopposed Motion for Leave to File Plaintiff's Second Amended Complaint, it is this, _____ day of _____, 2024,

**ORDERED** that Plaintiff's Unopposed Motion for Leave to File Plaintiff's Second Amended Complaint be and is hereby **GRANTED;**

**SO ORDERED**

_____
**FRANK MONTALVO**
**UNITED STATES DISTRICT JUDGE**