# EXHIBIT A

                                                                Brandon Callier <brencallie6316@gmail.com>

---

**(Attn: Jessica Sumikawa & Brett Bouchy) Callier v Freedom Forever, LLC d/b/a Freedom Forever Texas, LLC**
1 message

---

**Brandon Callier** <brencallie6316@gmail.com>                                                        Thu, Apr 13, 2023 at 1:31 PM
To: customersupport@freedomforever.com

Dear Ms. Sumikawa and Mr. Bouchy,
    I have received at least seven unauthorized phone calls from Freedom Forever, LLC d/b/a Freedom Forever Texas, LLC. These solicitation calls are in violation of the TCPA.  I'm in the process of drafting a lawsuit against Freedom Forever, LLC d/b/a Freedom Forever Texas, LLC that will be filed in the Western District of Texas. In good faith I'm reaching out directly to see if you would like to resolve this matter directly versus me filing a lawsuit. If I don't hear a response back by Thursday April 27, 2023 COB, I will assume there is no interest and will be filing the lawsuit on Friday April 28, 2023.
My demand offer is as follows:

There at seven (7) calls at issue

| DATE CALLED - 915-383-4604 | CALLER ID | Time | LENGTH OF TIME |
|---|---|---|---|
| 3/13/2023 | 346-398-6196 | 1:15 PM | 5 MINUTES |
| 3/13/2023 | 346-398-6196 | 3:38 PM | Missed Call |
| 3/17/2023 | 346-398-6196 | 9:34 AM | Declined Call |
| 4/7/2023 | 346-398-6196 | 12:21 PM | 8:11 sec |
| 4/7/2023 | 346-398-6196 | 12:31 PM | 7:26 sec |
| 4/7/2023 | 346-398-6196 | 1:07 PM | 3:28 sec |
| 4/9/2023 | 346-398-6196 | 12:10 PM | Advised to stop calling |

227(c) - 7 calls @ $500 = $3,500 for my number being registered on the National DNC ($1,500 per call if court finds these knowing and willful)

**Total max value $10,500**

My demand offer to settle this matter is ▮▮▮▮  This is a reasonable compromise that doesn't seek max damages and saves additional attorney's fees. Please let me know. Thank you.

Please communicate with me via email. Do Not call me anymore on my personal phone at (915)-383-4604

Regards,
Brandon Callier