# EXHIBIT B

 Brandon Callier <brencallie6316@gmail.com>

## [Request received]
1 message

**Freedom Forever** <customersupport@freedomforever.com>  Thu, Apr 13, 2023 at 1:31 PM
Reply-To: Freedom Forever <customersupport@freedomforever.com>
To: Brandon Callier <brencallie6316@gmail.com>

Your request (173968) has been received and is being reviewed by our Customer support staff.

To add additional comments, reply to this email.

Thank you,
Customer Support

This email is a service from Freedom Forever. Delivered by Zendesk

[KP8O3L-0K9O7]