# EXHIBIT C


Brandon Callier <callier74@gmail.com>

---

## Fwd: info
2 messages

---

**Brandon Callier** <bcallier13@gmail.com>  
To: Brandon Callier <callier74@gmail.com>

Wed, Sep 27, 2023 at 7:54 AM

---------- Forwarded message ---------
From: **Steven Wysong** <stwysong@freedomforever.com>
Date: Tue, Sep 26, 2023 at 3:05 PM
Subject: RE: info
To: Brandon Callier <bcallier13@gmail.com>, Legal <Legal@freedomforever.com>

Hello,

My name is Steven Wysong, and I am a Compliance Support Specialist here at Freedom Forever. I have reviewed your letter and conducted an internal investigation into your allegations. In looking into this matter, I am unable to locate any information relating to you or your phone number. As such, no calls were made by our company to your phone number, (915) 383-4604, and we reject your claims. We are prepared to defend ourselves and reserve the right to bring any available counterclaims such as TCPA fraud.

Thank you,

### Steven Wysong
Compliance Support Specialist
**Freedom Forever**  |  **Solar Disruption Theory**



**NOTICE:** *This email is from an attorney, its staff, and/or legal department; its text and any attachments may be legally privileged, and may include confidential or proprietary information. This email and any attachments are intended only for the named recipient(s); if you are not the named recipient and/or have received this information in error, you are not authorized to copy, print, share, save or rely upon this email or any attachments; instead, please notify the sender by reply and immediately destroy this email and any attachments.*

---

**From:** Brandon Callier <bcallier13@gmail.com>
**Sent:** Tuesday, September 26, 2023 11:55 AM
**To:** Legal <Legal@freedomforever.com>
**Subject:** info

I have been bombarded and harassed with a series of phone calls from your company. I am willing to settle this matter for $20,000. I will attach my lawsuit that is ready to file on October 4, 2023 if I don't hear from you.

I take my privacy rights very seriously.  I have filed more than 100 TCPA lawsuits in an effort to protect my privacy.  Please respond to me by October 3, 2023, if you are interested in working this matter out without the need for litigation.  If I don't hear from you I will assume you would rather resolve this through the Courts and I will file suit in the Western District of Texas.

Thank you,

Brandon Callier

 915 383 4604

Mailtrack   Sender notified by Mailtrack

Mailtrack   Sender notified by Mailtrack

**2 attachments**

**image001.gif**
91K

**image001.gif**
91K

**Brandon Callier** <callier74@gmail.com>                                                                          Wed, Sep 27, 2023 at 8:01 AM
To: Brandon Callier <bcallier13@gmail.com>

My draft complaint clearly states where the phone calls originated from, and through whom they originated.  You obviously did not investigate my claims.  We will do that investigation during discovery.

Thank you for your response.   I look forward to giving you the opportunity to defend yourself.


[Quoted text hidden]