UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| **BRANDON CALLIER,** § § § § **Plaintiff,** § § v. § § **FREEDOM FOREVER TEXAS,** a Delaware § Limited Liability Company, and **EMPOWERED** § **SOLUTIONS**, **MITCHELL FRAKER**, and § **AURORA SOLAR, INC.**, a Delaware Corporation § § **Defendants.** § § | EP-23-cv-00364-FM |

## CERTIFICATE OF SERVICE

    I hereby certify that on April 18, 2024, I caused a true copy of Plaintiff's Motion for Leave to File Plaintiff's Second Amended Complaint to be served on all parties via the Court's CM/ECF system. Plaintiff further mailed a true copy of the foregoing to:

Auroa Solar, Inc
c/o Incorporating Services, LTD
3500 S Dupont Highway
Dover, Delaware 19901

Mitchell Fraker
2932 SE Buccaneer Circle
Port Saint Lucie, Florida 34952

Empowered Solutions
c/o Mitchell Fraker
2932 SE Buccaneer Circle
Port Saint Lucie, Florida 34952

April 18, 2024,                                    Respectfully submitted,


                                                             /s/ Brandon Callier

                                                             Brandon Callier
                                                             Plaintiff, Pro Se

1490A George Dieter Drive
#174
El Paso, TX 79936
915-383-4604
Callier74@gmail.com