**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION**

| | | |
|---|---|---|
| **BRANDON L. CALLIER,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **EP-23-cv-00364-LS** |
| | § | |
| **FREEDOM FOREVER TEXAS, LLC** | § | |
| **et al,** | § | |
| | § | |
| **Defendants.** | § | |
| | § | |

## ORDER DISMISSING AURORA SOLAR, INC. WITH PREJUDICE

Plaintiff and defendant Aurora Solar, Inc., stipulate the dismissal of Aurora Solar with prejudice.[1]  Accordingly, the Court **DISMISSES** Aurora Solar from this action with prejudice.

**SO ORDERED.**

**SIGNED** and **ENTERED** on July 9, 2024.

_____
**LEON SCHYDLOWER
UNITED STATES DISTRICT JUDGE**

---

[1] Doc. No. 53.