# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | |
|---|---|
| **BRANDON CALLIER,** § | |
| § | |
| *Plaintiff*, § | |
| § | |
| v. § | No. 3:23-CV-00364-LS |
| § | |
| **FREEDOM FOREVER TEXAS, LLC,** a § | |
| **Delaware Limited Liability Company;** § | |
| **EMPOWERED SOLUTIONS; and** § | |
| **MITCHELL FRAKER,** § | |
| § | |
| *Defendants*. § | |

## ORDER DISMISSING UNSERVED DEFENDANTS WITHOUT PREJUDICE

Plaintiff's operative complaint lists three active defendants. However, Plaintiff appears to be proceeding against only one: Defendant Freedom Forever Texas, LLC. The other defendants, Empowered Solutions and Mitchell Fraker, have never appeared nor been served with the operative complaint.[1] The Court ordered Plaintiff to comply with his service obligations under Fed. R. Civ. P. 4,[2] but that did not occur within 90 days as required by Fed. R. Civ. P. 4(m).

Therefore, pursuant to Rule 4(m), the Court dismisses Defendants Empowered Solutions and Mitchell Franker without prejudice.

**SO ORDERED**.

**SIGNED** and **ENTERED** on June 30, 2025.

**LEON SCHYDLOWER**
**UNITED STATES DISTRICT JUDGE**

---

[1] Plaintiff filed proof of service against these defendants using a previous complaint, *see* ECF No. 15, but those defendants' answer to the previous complaint was stricken by the Court. ECF No. 24.
[2] *See* ECF No. 46.