UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| **BRANDON CALLIER,** | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | No. 3:23-cv-00364-LS |
| **FREEDOM FOREVER TEXAS, LLC,** | § § § | |
| *Defendant*. | § § | |

### ORDER DISMISSING CASE

Upon consideration of the parties' Joint Stipulation of Dismissal, the Court **DISMISSES** this action with prejudice. In connection therewith, the Clerk's Office shall **CLOSE** the case.

**SO ORDERED.**

**SIGNED** and **ENTERED** on December 23, 2025.

_____
**LEON SCHYDLOWER**
**UNITED STATES DISTRICT JUDGE**