UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| **BRANDON CALLIER,** | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | No. 3:23-cv-00364-LS |
| **FREEDOM FOREVER TEXAS, LLC,** | § § § | |
| *Defendant*. | § § | |

## FINAL JUDGMENT

Consistent with its Order of Dismissal with Prejudice entered today and Federal Rule of Civil Procedure 58, the Court enters this Final Judgment and dismisses this case with prejudice. All pending motions are denied as moot and the Clerk shall **CLOSE** the case.

**SO ORDERED**.

**SIGNED** and **ENTERED** on December 23, 2025.

_____
**LEON SCHYDLOWER**
**UNITED STATES DISTRICT JUDGE**